IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Evans, Christopher W | Case Number: 06 B 13095 |
|---|---|---|
| | Evans, Katherine Jane | Judge: Goldgar, A. Benjamin |
| | Printed: 1/29/08 | Filed: 10/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2007
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,414.80 | |
| Secured: | | 28,528.44 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,555.96 |
| Other Funds: | | 2,330.40 |
| Totals: | 32,414.80 | 32,414.80 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 18,584.06 | 18,584.06 |
| 3. | Nuvell Financial Services | Secured | 17,237.12 | 6,102.83 |
| 4. | America's Servicing Co | Secured | 6,544.69 | 3,841.55 |
| 5. | Illinois Dept of Revenue | Priority | 787.03 | 0.00 |
| 6. | Internal Revenue Service | Priority | 3,574.26 | 0.00 |
| 7. | Nuvell Financial Services | Unsecured | 498.32 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 378.46 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 832.81 | 0.00 |
| 10. | American Credit Exchange | Unsecured | 3,658.35 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 233.53 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 403.07 | 0.00 |
| 13. | SFZ Corp | Unsecured | 142.09 | 0.00 |
| 14. | Hawthorne Credit Union | Unsecured | 17,520.66 | 0.00 |
| 15. | Educational Credit Management Corp | Unsecured | 4,256.18 | 0.00 |
| 16. | Educational Credit Management Corp | Unsecured | 421.93 | 0.00 |
| 17. | Educational Credit Management Corp | Unsecured | 8,512.36 | 0.00 |
| 18. | Keller Graduate School | Unsecured | 233.53 | 0.00 |
| 19. | Educational Credit Management Corp | Unsecured | 848.63 | 0.00 |
| 20. | Nicor Gas | Unsecured | 2,136.79 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 1,468.46 | 0.00 |
| 22. | Educational Credit Management Corp | Unsecured | 2,420.85 | 0.00 |
| 23. | Illinois Dept of Revenue | Unsecured | 30.00 | 0.00 |
| 24. | Cook County Treasurer | Secured | | No Claim Filed |
| 25. | AT&T | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evans, Christopher W
Evans, Katherine Jane
Printed: 1/29/08

Case Number: 06 B 13095
Judge: Goldgar, A. Benjamin
Filed: 10/12/06

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | IC System Inc | Unsecured | | No Claim Filed |
| 28. | West Asset Management | Unsecured | | No Claim Filed |
| 29. | Professional Account Management | Unsecured | | No Claim Filed |
| 30. | Sprint | Unsecured | | No Claim Filed |
| 31. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 90,723.18 | $ 28,528.44 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 549.10 |
| 5.4% | 1,006.86 |
| | _____ |
| | $ 1,555.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____